**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑  3rd  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **IDALMIS MARIA MOREJON**   JOINT DEBTOR: _____   CASE NO.: 14-11988-RAM

Last Four Digits of SS# XXX-XX-4236  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,347.14  for months  1  to  25 ; in order to pay the following creditors:
    B.    $ 183.26  for months  26  to  60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 (+$1,800.00 LLM) + $525 Mtn Mod=$5,975.00  TOTAL PAID $1,300.00
        Balance Due  $ 4,675.00   payable $ 96.11 /month (Months 1 to 25 )
                                   payable $ 162.31 /month (Months 26 to 39 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. Seterus
    Address: P.O. Box 4121    LMM Payment $ 1,050.45/month (Months  1  to  25 )
    Beaverton, OR 97076-0000
Account No: 12444062

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____    Total Due $ _____
                              Payable $ _____/month (Months ___ to ___) Regular Payment $ ____

Unsecured Creditors: Pay $ 0.00 /month (Months  1  to  25 ), Pay $ 2.62 month (Months 26 to 39 );
                and Pay $ 164.93 month (Months 40 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. **"The Debtor has filed a Verified Motion for Referral to LMM with Seterus. Inc.("Lender"), loan number 12444062, for real property located at 25 West 58th Terrace, Hialeah, FL 33012.** The Debtor was granted a Final Modification in the Court's MMM Program and wishes to pay the debt on the property located at 25 West 58th Terrace, Hialeah, FL 33012 directly to Seterus, Inc. and outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Robert Sanchez, Esq.                                               _____
Attorney for Debtor                                                              Joint Debtor
Date: 05/6/2016                                                                  Date:_____

LF-31 (rev. 06/02/08)