


**ORDERED in the Southern District of Florida on May 9, 2016.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

In re: Idalmis Morejon CASE NO.: 14-11988-RAM

Debtor(s)
______________________________/

**ORDER GRANTING MOTION TO APPROVE FINAL LOSS MITIGATION AGREEMENT WITH SETERUS, INC.**

This matter came before the Court:

☒ On the Debtor's Ex Parte Motion to Approve FINAL Loss Mitigation Agreement with Seterus, Inc. ("Lender").

☐ For hearing on ________________ upon Self-Represented Debtor's Motion to Approve Loss Mitigation Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve FINAL Loss Mitigation Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Debtor shall modify the last filed chapter 13 plan to remove payment in the plan and pay the Lender directly outside the plan.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Robert Sanchez, Esq. shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).